■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY LANGO, Appellant. [27 NYS3d 861]—

Judgment of resentence, Supreme Court, New York County (Patricia Nunez, J.), rendered September 13, 2012, as amended September 14, 2012, resentencing defendant to concurrent terms of 25 years to life and 25 years, without any period of postrelease supervision, unanimously affirmed.

Defendant's current appeal "from a resentence following an order vacating the original sentence" (CPL 450.30 [3]) does not bring up for review his present challenge to the voluntariness of his guilty plea (*see* CPL 450.30 [1]; *People v Jordan*, 16 NY3d 845, 846 [2011]). In any event, that challenge is without merit, because at the time of his plea, defendant was clearly advised that his aggregate sentence would be 25 years to life (*see People v Ferrell*, 76 AD3d 938 [1st Dept 2010], *lv. denied* 15 NY3d 952 [2010]). Concur—Mazzarelli, J.P., Andrias, Saxe, Moskowitz and Kahn, JJ.